**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

HARRY DAVID HALL,
an individual,

      Plaintiff,

v.

SYNCHRONY BANK,
a national association, and
EQUIFAX INFORMATION
SERVICES LLC,
a foreign limited liability company,

      Defendants.
_____/

Case No.: 2:25-cv-635-JLB-KCD

**NOTICE OF SETTLEMENT**

Plaintiff hereby notifies the Court that Plaintiff, HARRY DAVID HALL and

Defendants SYNCHRONY BANK and EQUIFAX INFORMATION SERVICES

LLC have reached a settlement in principle in this action.  Upon full execution of a

settlement agreement and compliance with all terms set forth therein, this matter will

be dismissed, with prejudice.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 27, 2026, I filed a true and correct copy of

the above and foregoing via CM/ECF which will electronically serve all

counsel of record.

Respectfully submitted,

1

**SWIFT LAW PLLC**

/s/ *Aaron M. Swift*

**Aaron M. Swift, Esq. FBN 93088**
Jordan T. Isringhaus, Esq., FBN 091487
Sean E. McEleney, Esq., FBN 0125561
11300 4th Street North, Suite 260
St. Petersburg, FL  33716
Phone: (727) 490-9919
Fax: (727) 255-5332
aswift@swift-law.com
jisringhaus@swift-law.com
smceleney@swift-law.com
jmurphy@swift-law.com
*Counsel for Plaintiff*