**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

HARRY DAVID HALL,
an individual,

        Plaintiff,

v.

SYNCHRONY BANK,
a national association, and
EQUIFAX INFORMATION
SERVICES LLC,
a foreign limited liability company,

        Defendants.

Case No.: 2:25-cv-635-JLB-KCD

_____/

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE AS**
**TO DEFENDANT, EQUIFAX INFORMATION SERVICES LLC**

Plaintiff, HARRY DAVID HALL (hereinafter, "Plaintiff"), and Defendants,

EQUIFAX INFORMATION SERVICES LLC and SYNCHRONY BANK,

pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the *Dismissal, with*

*Prejudice, of Equifax Information Services LLC,* with court costs and attorneys' fees to be

paid by the party incurring the same.

Dated: July 1, 2026

| | |
|---|---|
| SWIFT LAW PLLC<br><br>/s/ Aaron M. Swift<br>Aaron M. Swift, Esq., FBN 0093088<br>Jon P. Dubbeld, Esq., FBN 105869<br>Jordan T. Isringhaus, Esq., FBN 0091487<br>Sean E. McEleney, Esq., FBN 0125561<br>11300 4th St. N., Ste. 260<br>St. Petersburg, FL 33716<br>Phone: (727) 490-9919<br>Fax: (727) 255-5332<br>aswift@swift-law.com<br>jisringhaus@swift-law.com<br>jdubbeld@swift-law.com<br>smceleney@swift-law.com<br>jmurphy@swift-law.com<br>*Co-Counsel for Plaintiff*<br><br>*~and~*<br><br>BANNON LAW GROUP<br><br>**G. Tyler Bannon, Esq., FBN 0105718**<br>1901 Dr. M.L. King Jr. Street N.<br>St. Petersburg, FL 33704<br>Phone: (727) 896-4455<br>Fax: (727) 895-1312<br>tyler@rbannonlaw.com<br>jessica@rbannonlaw.com<br>*Co-counsel for Plaintiff* | SEYFARTH SHAW LLP<br><br>/s/ Ritika Singh<br>Ritika Singh, FBN: 1016708<br>2323 Ross Avenue, Suite 1660<br>Dallas, Texas 75201<br>Telephone: (469) 608-6763<br>Email: risingh@seyfarth.com<br>*Counsel for Defendant Equifax Information Services LLC*<br><br><br>MCGUIREWOODS LLP<br><br>/s/ Jason R. Bowyer<br>Jason R. Bowyer, Esq.<br>FBN 0693731<br>50 North Laura Street, Suite 3300<br>Jacksonville, FL 32202<br>P: (904) 798-3200<br>F: (904) 798-3207<br>jbowyer@mcguirewoods.com<br>flservice@mcguirewoods.com<br>*Counsel for Defendant Synchrony Bank, N.A.* |

## **<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on July 1, 2026, I filed a true and correct copy of the above and foregoing *Joint Stipulation for Dismissal with Prejudice as to Defendant Equifax Information Services LLC* via CM/ECF and will serve a copy of the same to counsel of record for all parties.

/s/ *Aaron M. Swift*
Attorney