# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

HARRY DAVID HALL,
an individual,

      Plaintiff,

v.

                                             Case No.: 2:25-cv-635-JLB-KCD

SYNCHRONY BANK,
a national association, and
EQUIFAX INFORMATION
SERVICES LLC,
a foreign limited liability company,

      Defendants.

_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT, SYNCHRONY BANK

Plaintiff, HARRY DAVID HALL (hereinafter, "Plaintiff"), and Defendants, SYNCHRONY BANK and EQUIFAX INFORMATION SERVICES LLC, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the *Dismissal, with Prejudice, of Synchrony Bank,* with court costs and attorneys' fees to be paid by the party incurring the same.

Dated: July 7, 2026

| | |
|---|---|
| SWIFT LAW PLLC<br><br>/s/ *Aaron M. Swift*<br>Aaron M. Swift, Esq., FBN 0093088<br>Jon P. Dubbeld, Esq., FBN 105869<br>Jordan T. Isringhaus, Esq., FBN 0091487<br>Sean E. McEleney, Esq., FBN 0125561<br>11300 4th St. N., Ste. 260<br>St. Petersburg, FL 33716<br>Phone: (727) 490-9919<br>Fax: (727) 255-5332<br>aswift@swift-law.com<br>jisringhaus@swift-law.com<br>jdubbeld@swift-law.com<br>smceleney@swift-law.com<br>jmurphy@swift-law.com<br>*Co-Counsel for Plaintiff*<br><br>*~and~*<br><br>BANNON LAW GROUP<br><br>**G. Tyler Bannon, Esq., FBN 0105718**<br>1901 Dr. M.L. King Jr. Street N.<br>St. Petersburg, FL 33704<br>Phone: (727) 896-4455<br>Fax: (727) 895-1312<br>tyler@rbannonlaw.com<br>jessica@rbannonlaw.com<br>*Co-counsel for Plaintiff* | SEYFARTH SHAW LLP<br><br>/s/ *Ritika Singh*<br>Ritika Singh, FBN: 1016708<br>2323 Ross Avenue, Suite 1660<br>Dallas, Texas  75201<br>Telephone: (469) 608-6763<br>Email: risingh@seyfarth.com<br>*Counsel for Defendant Equifax Information*<br>*Services LLC*<br><br><br>MCGUIREWOODS LLP<br><br>/s/ *Jason R. Bowyer*<br>Jason R. Bowyer, Esq.<br>FBN 0693731<br>50 North Laura Street, Suite 3300<br>Jacksonville, FL 32202<br>P: (904) 798-3200<br>F: (904) 798-3207<br>jbowyer@mcguirewoods.com<br>flservice@mcguirewoods.com<br>*Counsel for Defendant Synchrony Bank, N.A.* |

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on July 7, 2026, I filed a true and correct copy of the above and foregoing *Joint Stipulation for Dismissal with Prejudice as to Defendant Synchrony Bank* via CM/ECF and will serve a copy of the same to counsel of record for all parties.

/s/ *Aaron M. Swift*
Attorney